IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KENNETH JAMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:17-cv-01153 |
| v. ) | |
| ) | |
| TAVERN, ) | JUDGE TRAUGER |
| ) | MAGISTRATE JUDGE BROWN |
| Defendant. ) | |

**ORDER**

The Plaintiff has filed a Motion to Compel (DE 25). In his motion, the Plaintiff complains about a lack of response to his discovery request and a lack of response to his settlement demand.

Unfortunately, the Plaintiff did not comply with the Court's requirements concerning discovery motions in the Scheduling Order (DE 21, at page 3) or the Court's text order (DE 24) concerning discovery motions. Specifically, the Plaintiff did not request and conduct a telephone conference with the Magistrate Judge about the matter. Additionally, the Plaintiff has not provided the Court with a copy of his Discovery Requests or of the Defendant's responses. The Court therefore cannot rule on his motion.

The deadline for completing discovery was July 15, 2019. Unfortunately, the Plaintiff has now waited three weeks to complain about discovery.

The Plaintiff will file with the Court within seven (7) days a copy of the specific Interrogatories and Request for Production of documents he sent to the Defendant and a copy of the Defendant's response to those requests. Only the requests which are in dispute will be filed.

The Court does not want to know what the Plaintiff demand for a settlement was, however, the Defendant is directed to respond to his demand within seven (7) days of the entry of this order. The parties are advised if there appears to be any reasonable chance of an agreement in this matter, they may request a settlement conference with another Magistrate Judge. Once the Court has received the requested material from the Plaintiff, a decision will be made whether a telephone call or an in-court conference will be needed or if the matter can be resolved by an examination of the material in question and any response from the Defendant. The Clerk will send the Plaintiff a copy of DE's 21 and 24.

The current deadlines set by the Court for dispositive motions remain as set.

SO, ORDERED.

/s/ Joe B. Brown_____
Joe B. Brown
United States Magistrate Judge